**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1373**

LEOPOLDO VASQUEZ, a/k/a Leopoldo Vasquez Diaz,

Petitioner,

v.

JEFFERSON B. SESSIONS III, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals

Submitted: October 18, 2018                    Decided: October 24, 2018

Before KING and DUNCAN, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Jay S. Marks, LAW OFFICES OF JAY S. MARKS, LLC, Silver Spring, Maryland, for Petitioner. Chad A. Readler, Acting Assistant Attorney General, Edward E. Wiggers, Senior Litigation Counsel, Stephanie E. Beckett, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leopoldo Vasquez, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen. We have reviewed the administrative record and the Board's order and conclude that the Board did not abuse its discretion in denying the motion as untimely. *See* 8 C.F.R. § 1003.2(c)(2) (2018). We therefore deny the petition for review for the reasons stated by the Board. *See In re Vasquez* (B.I.A. Mar. 20, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2